# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

## 4:15-cv-00245-HLM
## Coward et al v. Forestar Realty, Inc. et al
## Honorable Walter E. Johnson

Minute Sheet for proceedings held In Chambers on 04/13/2018.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 2:15 P.M.
TIME IN COURT: 4:15
OFFICE LOCATION: Rome

DEPUTY CLERK: Kari Butler

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Michael Carvalho representing Anthony Coward<br>Douglas Henderson representing Forestar Realty, Inc.<br>Justin Wong representing Forestar Realty, Inc. |
| OTHER(S) PRESENT: | Michael Clements<br>Anthony Coward<br>Wendy Coward<br>Brian Blythe |
| PROCEEDING CATEGORY: | Mediation |
| MINUTE TEXT: | Mediation held on 4/13/18. Case did not settle. |
| HEARING STATUS: | Hearing Concluded |